UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHAD DOUGLAS THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:20-CV-01458-BAT<br><br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will further develop the record, offer Plaintiff the opportunity to a new hearing, and issue a new decision. The ALJ will also:

- Reevaluate the medical source opinions in accordance with 20 C.F.R. §§ 404.1520c and 416.920c;
- Reassess Plaintiff's residual functional capacity;
- Obtain evidence from a psychological medical expert to evaluate the nature and severity of Plaintiff's mental limitations; and

Page 1      ORDER - [2:20-CV-01458-BAT]

- Obtain supplemental vocational expert evidence, if warranted.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 30th day of June, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2034
Fax: (206) 615-2531
ryan.lu@ssa.gov